

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2018

No. 04-17-00849-CV

**MCJAM, INC**.,
Appellant

v.

**CD AUTO SERVICE, INC**.,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015-CV-04322
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

The appellee's second unopposed motion for extension of time to file brief is hereby GRANTED. Time is extended to August 1, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court